# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOSE ENRIQUE MENDIOLA**  PETITIONER
ADC #130653

v.  CASE NO. 4:25-CV-01225-BSM

**DEXTER PAYNE**  RESPONDENT
Director, Arkansas Division of Corrections

## ORDER

United States Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 7] are adopted. Jose Mendiola's motion for voluntary dismissal [Doc. No. 10] is denied as moot. Mendiola's petition for writ of habeas corpus [Doc. No. 2] is dismissed without prejudice and the requested relief is denied.

IT IS SO ORDERED this 20th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE