IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSE ENRIQUE MENDIOLA**                                                           **PETITIONER**
ADC #130653

v.                              **CASE NO. 4:25-CV-01225-BSM**

**DEXTER PAYNE**                                                                    **RESPONDENT**
Director, Arkansas Division of Corrections

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE